## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Neil E Pysher<br>Carol J Pysher<br>　　　Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>　　　Movant<br>vs. | NO. 18-13255 mdc |
| Neil E Pysher<br>Carol J Pysher<br>　　　Debtor(s) | 11 U.S.C. Section 362 |
| Bonnie B. Finkel<br>　　　Trustee | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 TOYOTA TACOMA 4X4, VIN: 5TFSX5EN1HX047286 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 21st day of June, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

cc: See attached service list

Neil E Pysher
21 S. 3rd Street
Quakertown, PA 18951

Carol J Pysher
21 S. 3rd Street
Quakertown, PA 18951

Paul H. Young
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Bonnie B. Finkel
P.O. Box 1710
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532