United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 18-13255-mdc
Neil E. Pysher                                                                      Chapter 7
Carol J. Pysher
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 1            Date Rcvd: Jun 22, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2018.
db/jdb         +Neil E. Pysher,    Carol J. Pysher,    21 S. 3rd Street,    Quakertown, PA 18951-1654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:
              BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              PAUL H. YOUNG    on behalf of Joint Debtor Carol J. Pysher support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              PAUL H. YOUNG    on behalf of Debtor Neil E. Pysher support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Neil E Pysher<br>Carol J Pysher<br>            Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>            Movant<br>vs. | NO. 18-13255 mdc |
| Neil E Pysher<br>Carol J Pysher<br>            Debtor(s) | 11 U.S.C. Section 362 |
| Bonnie B. Finkel<br>            Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 TOYOTA TACOMA 4X4, VIN: 5TFSX5EN1HX047286 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 21st day of June, 2018.

_____
United States Bankruptcy Judge.

cc: See attached service list

Neil E Pysher
21 S. 3rd Street
Quakertown, PA 18951

Carol J Pysher
21 S. 3rd Street
Quakertown, PA 18951

Paul H. Young
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Bonnie B. Finkel
P.O. Box 1710
Cherry Hill, NJ 08034

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532