United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Neil E. Pysher  
Carol J. Pysher  
       Debtors

Case No. 18-13255-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Randi | Page 1 of 1 | Date Rcvd: Jun 26, 2018 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.
db/jdb     +Neil E. Pysher,   Carol J. Pysher,   21 S. 3rd Street,   Quakertown, PA 18951-1654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:
        BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
        PAUL H. YOUNG    on behalf of Joint Debtor Carol J. Pysher support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com
        PAUL H. YOUNG    on behalf of Debtor Neil E. Pysher support@ymalaw.com, ykaecf@gmail.com, paullawyers@gmail.com,pyoung@ymalaw.com
        REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                              TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
|    Neil E. Pysher and Carol J. Pysher, | : | |
|                                Debtors. | : | Bankruptcy No. 18-13255-MDC |

# O R D E R

**AND NOW**, Neil E. Pysher and Carol J. Pysher (collectively, the "Debtors") have each caused to be filed with the court Certificates of Credit Counseling dated November 2, 2017.[1]

**AND**, 11 U.S.C. §109(h)(1) requires that an individual may not be a debtor in a bankruptcy case unless, within the 180-day period before the filing of the bankruptcy petition, the individual has received an individual or group briefing from an approved nonprofit budget and credit counseling agency as described in 11 U.S.C. §111(a) (the "Credit Counseling Requirement").

**AND**, 11 U.S.C. §109(h)(3) provides that the Debtors may be exempted temporarily from the Credit Counseling Requirement for a 30-day period after the filing of the petition, if the Debtors submits a certification (a "Certification of Exigent Circumstances") that:

    A. describes the exigent circumstances that merit a temporary waiver of the Credit Counseling Requirement,

    B. states that the Debtors requested credit counseling services from an approved agency but were unable to obtain the services during the 5-day period beginning on the date the request was made, and

    C. is satisfactory to the Court.

**AND**, the Debtors filed the instant Bankruptcy petition on May 15, 2018, more than 180 days after receipt of their credit counseling**.**

It is hereby **ORDERED** that:

---

[1] Bankr. Docket Nos. 5 and 6.

    1.    A hearing shall be held on **July 18, 2018, at 10:30 a.m.**, in **Bankruptcy Courtroom No. 2, U.S. Bankruptcy Court, 900 Market Street, Philadelphia, PA** to determine if exigent circumstances merit a waiver of the 180-day requirement of the Credit Counseling Requirement.

    2.    If the Debtors fail to appear at the hearing scheduled above, this case may be dismissed without need for further notice or hearing.

Dated: June 26, 2018

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Paul H. Young, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020

Bonnie B. Finkel, Esquire
P.O. Box 1710
Cherry Hill, NJ 08034

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107