**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
|     Neil E. Pysher and Carol J. Pysher, | : | |
|         Debtors. | : | Bankruptcy No. 18-13255-MDC |

# **O R D E R**

**AND NOW**, this Court entered an Order dated June 26, 2018 (the "Order"),[1] scheduling a hearing for July 18, 2018, to determine whether exigent circumstances existed pursuant to §109(h)(4) that merit a temporary waiver of the credit counseling requirement (the "§109(h)(4) Hearing").

**AND**, the Order provided notice to Neil E. Pysher and Carol J. Pysher (the "Debtors") that if they failed to appear at the §109(h)(4) Hearing, their case may be dismissed without further notice or hearing.

**AND**, the Debtors failed to appear at the §109(h)(4) Hearing.

It is hereby **ORDERED** that the above bankruptcy case is **DISMISSED**.

Dated: July 26, 2018

                                                MAGDELINE D. COLEMAN
                                                UNITED STATES BANKRUPTCY JUDGE

Paul H. Young, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020

Bonnie B. Finkel, Esquire
P.O. Box 1720
Cherry Hill, NJ 08034

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

---

[1] Bankr. Docket No. 18.