United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-13255-mdc
Neil E. Pysher                                                            Chapter 7
Carol J. Pysher
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi                  Page 1 of 2                    Date Rcvd: Jul 26, 2018
                              Form ID: pdf900              Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2018.
db/jdb         +Neil E. Pysher,    Carol J. Pysher,    21 S. 3rd Street,    Quakertown, PA 18951-1654
14107709        Belle Haven Healthcare & Rehabilitation,    1320 Mill Road,    Quakertown, PA 18951-1137
14107711       +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
14107712        Grand View Hospital,    PO Box 397,    Souderton, PA 18964-0397
14107713        Integrated Wound Specialists, of PA,    #18976,    PO Box 14000,    Belfast, ME 04915-4033
14107714       +PennCredit Corporation,    PO Box 1259,    Department 91047,    Oaks, PA 19456-1259
14107715       +SLETS-Lifestar,    PO Box 5386,    Bethlehem, PA 18015-0386
14107716       +St. Luke's,    801 Ostrum Street,    Bethlehem, PA 18015-1000
14107717      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Mtr,     Toyota Financial Services,    Po Box 8026,
                  Cedar Rapids, IA 52408)
14113932       +Toyota Motor Credit Corp.,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14107718       +Toyota Mtr,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
14107720       +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
14107719       +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
14107721       +Young, Marr & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 27 2018 01:48:06      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 27 2018 01:47:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 27 2018 01:48:00      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 27 2018 01:56:17      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14107710       +E-mail/Text: loneal@freedomdebtrelief.com Jul 27 2018 01:48:20      Consolidation Plus,
                 4940 S. Wendler Drive,    Suite 115,    Tempe, AZ 85282-6312
14108562       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 27 2018 01:56:22
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2018 at the address(es) listed below:
              BONNIE B. FINKEL    finkeltrustee@comcast.net, NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              PAUL H. YOUNG    on behalf of Joint Debtor Carol J. Pysher support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              PAUL H. YOUNG    on behalf of Debtor Neil E. Pysher support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Jul 26, 2018
                              Form ID: pdf900          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                    TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Neil E. Pysher and Carol J. Pysher, | : | |
| Debtors. | : | Bankruptcy No. 18-13255-MDC |

# **O R D E R**

**AND NOW**, this Court entered an Order dated June 26, 2018 (the "Order"),[1] scheduling a hearing for July 18, 2018, to determine whether exigent circumstances existed pursuant to §109(h)(4) that merit a temporary waiver of the credit counseling requirement (the "§109(h)(4) Hearing").

**AND**, the Order provided notice to Neil E. Pysher and Carol J. Pysher (the "Debtors") that if they failed to appear at the §109(h)(4) Hearing, their case may be dismissed without further notice or hearing.

**AND**, the Debtors failed to appear at the §109(h)(4) Hearing.

It is hereby **ORDERED** that the above bankruptcy case is **DISMISSED**.

Dated: July 26, 2018

*Magdeline D. Coleman*
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Paul H. Young, Esquire
Young, Marr & Associates
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020

Bonnie B. Finkel, Esquire
P.O. Box 1720
Cherry Hill, NJ 08034

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

---

[1] Bankr. Docket No. 18.